IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL YOUNG                                                                                 PLAINTIFF

V.                                                  CAUSE NO.: 4:16CV066-MPM-JMV

BOARD OF SUPERVISORS OF HUMPHREYS
COUNTY, MISSISSIPPI; R.D. "DICKIE" STEVENS
(IN BOTH HIS OFFICIAL AND INDIVIDUAL
CAPACITIES); AND JOHN DOES 1-5                              DEFENDANTS

## NOTICE OF REMOVAL

Defendants, Humphreys County, Mississippi Board of Supervisors, R. D. "Dickie" Stevens (in both his official and individual capacities) and John Does 1 – 5, hereby file this Notice of Removal to the United States District Court for the Northern District of Mississippi, Greenville Division, and in support thereof would show unto the Court the following:

1.

On or about March 10, 2016, Plaintiff filed a Complaint entitled "Carl Young vs. Board of Supervisors of Humphreys County, Mississippi; R.D. "Dickie" Stevens (in both his official and individual capacities); and John Does 1-5", Cause No. 2016-0021 in the Circuit Court of Humphreys County, Mississippi. A copy of said Complaint is attached hereto as Exhibit "A".

2.

Process was had on the Humphreys County Board of Supervisors on March 15, 2016. A copy of the Summons is attached hereto as Exhibit "B". Process has not been served on Richard D. "Dickie" Stevens, but he has now entered an appearance in this action for all purposes. A copy of the Waiver of Process and Entry of Appearance is attached hereto as Exhibit "C."

3.

This Notice of Removal is filed within 30 days after receipt of defendant, of a copy of an initial pleading setting forth a claim for relief upon which the action or proceeding is based. The removal is timely, pursuant to 28 U.S.C. §1446.

4.

Plaintiff's Complaint alleges that Defendants, Humphreys County Board of Supervisors and Richard D. "Dickie" Stevens have deprived Plaintiff of his constitutional rights under the due process clause of the Fourteenth Amendment to the United States Constitution, and claims that they violated 28 U.S.C.§ 1983.

5.

Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C.§ 1331 because it arises under the Constitution, laws or treaties of the United States.

6.

This action is removable pursuant to 28 U.S.C. § 1441(c).

7.

As aforenoted, in accordance with 28 U.S.C. §1446(a), a copy of all process and proceedings served in this matter are attached hereto as exhibits.

8.

Defendants are filing a copy of this Notice of Removal with the Circuit Clerk of Humphreys County, Mississippi and giving notice to all adverse parties pursuant to 28 U.S.C. §1446(d).

THIS, the 1st day of April, 2016.

_____
WILLIE GRIFFIN, MSB#:5022
ATTORNEY FOR DEFENDANT,
HUMPHREYS COUNTY BOARD OF
SUPERVISORS

OF COUNSEL:

Bailey & Griffin
P.O. Box 189
Greenville, MS 38702-0189
Telephone: 662-335-1966
Facsimile: 662-335-1969
Email: wgriffinlawyer@aol.com

_____
ANDREW N. ALEXANDER, MSB#:1310
ATTORNEY FOR DEFENDANT, RICHARD
D. "DICKIE" STEVENS

OF COUNSEL:

LAKE TINDALL, LLP
127 South Poplar Street
P.O. BOX 918
GREENVILLE, MS 38702-0918
Telephone: 662/378-2121
Facsimile: 662/378-2183

Email: aalexander@ltindall.com

## CERTIFICATE OF SERVICE

I, ANDREW N. ALEXANDER, attorney of record for defendant American Honda Motor Co., Inc. herein, do hereby certify that I have this day mailed, postage prepaid a true and correct copy of the foregoing to:

> Ronald E. Stutzman, Jr, Esq.
> The Stutzman Law Firm, PLLC
> 513 Keywood Circle
> Flowood, MS 39232
>
> S. Craig Panter, Esq.
> Panter Law Firm, PLLC
> 7736 Old Canton Road, Suite B
> Madison, MS 39110

THIS, the 1st day of April, 2016.

_____
ANDREW N. ALEXANDER