*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## RE-NOTICE

**CARL YOUNG**

**V.**  **CASE NUMBER: 4:16CV66 M-V**

**BOARD OF SUPERVISORS OF**
**HUMPHREYS COUNTY, MS, ET AL.**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI 38655 | **COURTROOM NUMBER 3 EAST - THIRD FLOOR**<br><br>**Date and Time**<br>**MONDAY, JUNE 4, 2018, 9:40 AM** |

**Type of Proceeding**

**MVD/JURY TRIAL SET BEFORE U.S. DISTRICT JUDGE MICHAEL P. MILLS.**
**YOUR CASE MAY NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.**
**YOU SHALL BE PREPARED TO CONDUCT VOIR DIRE ON THE ABOVE DATE**
**AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

DAVID CREWS, Clerk of Court

/s/ Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy

Date: November 16, 2016

To: Ronald Earl Stutzman (electronic notice only)

S. Craig Panter (electronic notice only)

Willie Griffin (electronic notice only)

Andrew N. Alexander , III (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 OR Sallie_Wilkerson@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS.**